UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GARY IRVIN, | |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-385-D** |
| VERSATRIM, LLC, | |
| Defendant. | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion for summary judgment [D.E. 19] is GRANTED.

This Judgment filed and entered on June 12, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

June 12, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk